**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>JAMES J. HADENAK<br>KIMBERLY R. HADENAK | Case No. 15-20497TPA |
| Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee, | Chapter 13 |
| Movant<br>vs.<br>FAYETTE COUNTY TAX CLAIM BUR | Document No __ |
| Respondents | |

**NOTICE OF FUNDS ON RESERVE**

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

THE CREDITOR HAS FILED A STATEMENT OF ACCOUNT AS A PROOF OF CLAIM.  THE STATEMENT INDICATES A BALANCE DUE FOR 2011 TAX YEAR.  THE PLAN PROVIDES FOR 2011, 2013-14.  THE TRUSTEE WILL RESERVE ALL FUNDS TO THE CREDITOR IN EXCESS OF THE AMOUNT DUE PURSUANT TO THE LATEST "CLAIM" #6

| | |
|---|---|
| FAYETTE COUNTY TAX CLAIM BUR<br>COURT HOUSE<br>61 E MAIN ST<br>UNIONTOWN, PA 15401 | Court claim# /Trustee CID# 1 |

The Movant further certifies that on 07/31/2017 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

| | |
|---|---|
| | /s/ Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET |
| cc:  debtor(s)<br>    original creditor<br>    putative creditor<br>    counsel for debtor(s)<br>    counsel for the creditor(s) (if known) | SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

DEBTOR(S):
JAMES J. HADENAK, KIMBERLY R. HADENAK, P.O. BOX 723, NEW SALEM, PA  15468

ORIGINAL CREDITOR:
FAYETTE COUNTY TAX CLAIM BUR, COURT HOUSE, 61 E MAIN ST, UNIONTOWN, PA  15401

NEW CREDITOR:

DEBTOR'S COUNSEL:
DANIEL R WHITE ESQ, ZEBLEY MEHALOV & WHITE PC, POB 2123*, UNIONTOWN, PA  15401