# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>JAMES J. HADENAK<br>KIMBERLY R. HADENAK | Case No. 15-20497TPA |
| Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee, | Chapter 13 |
| Movant<br>vs.<br>FAYETTE COUNTY TAX CLAIM BUR | Document No __ |
| Respondents | |

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

THE CREDITOR HAS FILED A STATEMENT OF ACCOUNT AS A PROOF OF CLAIM. THE STATEMENT INDICATES A BALANCE DUE FOR 2011 TAX YEAR. THE PLAN PROVIDES FOR 2011, 2013-14. THE TRUSTEE WILL RESERVE ALL FUNDS TO THE CREDITOR IN EXCESS OF THE AMOUNT DUE PURSUANT TO THE LATEST "CLAIM" #6

FAYETTE COUNTY TAX CLAIM BUR　　　　Court claim# /Trustee CID# 1
COURT HOUSE
61 E MAIN ST
UNIONTOWN, PA 15401

The Movant further certifies that on 07/31/2017 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc: debtor(s)
　　original creditor
　　putative creditor
　　counsel for debtor(s)
　　counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| DEBTOR(S): | DEBTOR'S COUNSEL: |
|---|---|
| JAMES J. HADENAK, KIMBERLY R. HADENAK, P.O. BOX 723, NEW SALEM, PA  15468 | DANIEL R WHITE ESQ, ZEBLEY MEHALOV & WHITE PC, POB 2123*, UNIONTOWN, PA  15401 |
| ORIGINAL CREDITOR: FAYETTE COUNTY TAX CLAIM BUR, COURT HOUSE, 61 E MAIN ST, UNIONTOWN, PA  15401 | |
| NEW CREDITOR: | |