**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>JAMES J. HADENAK<br>KIMBERLY R. HADENAK<br><br>　　　　Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee,<br><br>　　　　Movant<br>　vs.<br>FAYETTE COUNTY TAX CLAIM BUR<br><br>　　　Respondents | Case No. 15-20497TPA<br><br><br>Chapter 13<br><br><br><br>Document No __ |

### NOTICE OF FUNDS ON RESERVE

　　The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

　　THE CREDITOR HAS FILED A STATEMENT OF ACCOUNT AS A PROOF OF CLAIM.  THE STATEMENT INDICATES A BALANCE DUE FOR 2011 TAX YEAR.  THE PLAN PROVIDES FOR 2011, 2013-14.  THE TRUSTEE WILL RESERVE ALL FUNDS TO THE CREDITOR IN EXCESS OF THE AMOUNT DUE PURSUANT TO THE LATEST "CLAIM" #6

FAYETTE COUNTY TAX CLAIM BUR　　　　Court claim# /Trustee CID# 1
COURT HOUSE
61 E MAIN ST
UNIONTOWN, PA 15401


The Movant further certifies that on 07/31/2017 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

|  |  |
|---|---|
| | /s/ Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET |
| cc:　debtor(s)<br>　　　original creditor<br>　　　putative creditor<br>　　　counsel for debtor(s)<br>　　　counsel for the creditor(s) (if known) | SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

| DEBTOR(S): | DEBTOR'S COUNSEL: |
|---|---|
| JAMES J. HADENAK, KIMBERLY R. HADENAK, P.O. BOX 723, NEW SALEM, PA  15468 | DANIEL R WHITE ESQ, ZEBLEY MEHALOV & WHITE PC, POB 2123*, UNIONTOWN, PA  15401 |

ORIGINAL CREDITOR:
FAYETTE COUNTY TAX CLAIM BUR, COURT HOUSE, 61 E MAIN ST, UNIONTOWN, PA  15401

NEW CREDITOR: