Case 15-20497-TPA    Doc 59    Filed 08/16/18    Entered 08/16/18 16:40:33    Desc Main
Document    Page 1 of 1

FILED
8/16/18 3:49 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| JAMES J. HADENAK and | : | Bankruptcy No. 15-20497 TPA |
| KIMBERLY R. HADENAK | : | Chapter 13 |
| *Debtor(s)* | : | |
| | | |
| DITECH FINANCIAL, LLC | : | |
| *Movant* | : | |
| v. | : | Related to Claim No. 1 |
| JAMES J. HADENAK and | : | |
| KIMBERLY R. HADENAK | : | |
| *Respondent(s)* | : | |

## ORDER

*AND NOW*, this **16th** day of **August, 2018**, a *Notice of Postpetition Mortgage Fees, Expenses and Charges* ("Notice") having been filed by **Ditech Financial LLC** regarding Claim No. 1, and the Court having determined that the *Notice*, including any supplement thereto that was filed, has sufficient supporting documentation to meet the minimum required standard of proof, it is therefore **ORDERED, ADJUDGED and DECREED** that:

(1) There is cause pursuant to *Fed.R.Bankr.P. 9006(c)(2)* to reduce the one-year period provided by *Fed.R.Bankr. 3002.1(e)* for the Debtor(s) to respond to the *Notice* because of the need to promptly determine the amount due, if any, under the *Notice* so as to maximize the opportunities for plan success.

(2) *On or before September 6, 2018*, unless the Trustee first acts pursuant to Paragraph 3, the Debtor(s) shall file either:

(a) An *AMENDED CHAPTER 13 PLAN;*
(b) A *DECLARATION* that the existing Chapter 13 Plan is sufficient to fund the Plan with the additional debt provided in the *Notice*; or
(c) An *OBJECTION* to the *Notice* as stated, and shall self-schedule a hearing on the matter pursuant to the Court's procedures.

(3) *On or before September 6, 2018* the Trustee may file an *Objection* or *Motion* opposing the *Notice* as stated, and shall self-schedule a hearing on the matter pursuant to the Court's procedures.

(4) *The failure of either the Debtor(s) or the Trustee to timely file an Objection or Motion opposing the Notice* shall result in the allowance of the fees, expenses, and charges set forth therein without further order, notice or hearing, *provided however*, that no payment thereon will be implemented by the Trustee until such time as Debtor(s) files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

Thomas P. Agresti, Judge
United States Bankruptcy Court

vas

Case Administrator to serve:
Debtor, Counsel for the Debtor, Claimant