Case 15-20497-TPA    Doc 62    Filed 08/18/18    Entered 08/19/18 00:48:58    Desc Imaged
Certificate of Notice    Page 1 of 2

FILED
8/16/18 3:49 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
JAMES J. HADENAK and          :    Bankruptcy No. 15-20497 TPA
KIMBERLY R. HADENAK           :    Chapter 13
    *Debtor(s)*               :

    DITECH FINANCIAL, LLC     :
        *Movant*              :
    v.                        :    Related to Claim No. 1
    JAMES J. HADENAK and      :
    KIMBERLY R. HADENAK       :
        *Respondent(s)*       :

## ORDER

    ***AND NOW***, this ***16th*** day of ***August, 2018***, a ***Notice of Postpetition Mortgage Fees, Expenses and Charges*** ("Notice") having been filed by ***Ditech Financial LLC*** regarding Claim No. 1, and the Court having determined that the *Notice*, including any supplement thereto that was filed, has sufficient supporting documentation to meet the minimum required standard of proof, it is therefore ***ORDERED, ADJUDGED and DECREED*** that:

    (1)    There is cause pursuant to *Fed.R.Bankr.P. 9006(c)(2)* to reduce the one-year period provided by *Fed.R.Bankr. 3002.1(e)* for the Debtor(s) to respond to the *Notice* because of the need to promptly determine the amount due, if any, under the *Notice* so as to maximize the opportunities for plan success.

    (2)    ***On or before September 6, 2018***, unless the Trustee first acts pursuant to Paragraph 3, the Debtor(s) shall file either:

        (a)    An ***AMENDED CHAPTER 13 PLAN;***
        (b)    A ***DECLARATION*** that the existing Chapter 13 Plan is sufficient
            to fund the Plan with the additional debt provided in the *Notice*; or
        (c)    An ***OBJECTION*** to the *Notice* as stated, and shall self-schedule a
            hearing on the matter pursuant to the Court's procedures.

    (3)    ***On or before September 6, 2018*** the Trustee may file an ***Objection*** or ***Motion*** opposing the *Notice* as stated, and shall self-schedule a hearing on the matter pursuant to the Court's procedures.

    (4)    ***The failure of either the Debtor(s) or the Trustee to timely file an Objection or Motion opposing the Notice*** shall result in the allowance of the fees, expenses, and charges set forth therein without further order, notice or hearing, ***provided however***, that no payment thereon will be implemented by the Trustee until such time as Debtor(s) files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

                                                     */s/ Thomas P. Agresti*        vas
                                                     Thomas P. Agresti, Judge
                                                     United States Bankruptcy Court

Case Administrator to serve:
Debtor, Counsel for the Debtor, Claimant

United States Bankruptcy Court
Western District of Pennsylvania

In re:
James J. Hadenak
Kimberly R. Hadenak
        Debtors

Case No. 15-20497-TPA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: mgut     Page 1 of 1     Date Rcvd: Aug 16, 2018
                     Form ID: pdf900     Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2018.
db/jdb         +James J. Hadenak,    Kimberly R. Hadenak,    P.O. Box 723,    New Salem, PA 15468-0723
               +Tyler Scarborough,    Ditech Financial LLC,    PO BOX 6154,    Rapid City, SD 57709-6154

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            E-mail/Text: bankruptcy.bnc@ditech.com Aug 17 2018 01:59:23      DITECH FINANCIAL LLC,
               P.O. Box 6154,    Rapid City, SD  57709-6154
cr            +E-mail/Text: bankruptcy.bnc@ditech.com Aug 17 2018 01:59:23      Ditech Financial LLC,
               PO BOX 0049,    Palatine, IL 60055-0001
                                                                                                                                         TOTAL: 2

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2018 at the address(es) listed below:
          Daniel R. White    on behalf of Debtor James J. Hadenak dwhite@zeblaw.com,
           gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
          Daniel R. White    on behalf of Joint Debtor Kimberly R. Hadenak dwhite@zeblaw.com,
           gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
          Daniel R. White    on behalf of Plaintiff Kimberly R. Hadenak dwhite@zeblaw.com,
           gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
          Daniel R. White    on behalf of Plaintiff James J. Hadenak dwhite@zeblaw.com,
           gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
          James Warmbrodt    on behalf of Creditor    U.S. Bank, N.A. Et Al... bkgroup@kmllawgroup.com
          Joshua I. Goldman    on behalf of Creditor    U.S. Bank, N.A. Et Al... bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                      TOTAL: 8