FILED
3/27/19 1:21 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| JAMES J. HADENAK and | : | Bankruptcy No.  15-20497 TPA |
| KIMBERLY R. HADENAK | : | Chapter 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | Related to Claim No. 1 |
| | : | |

## ORDER

      *AND NOW*, this *27th* day of *March, 2019*, a *Notice of Postpetition Mortgage Fees, Expenses and Charges* ("Notice") having been filed by *Ditech Financial, LLC* regarding Claim No. 1, and the Court having determined that the *Notice*, including any supplement thereto that was filed, has sufficient supporting documentation to meet the minimum required standard of proof, it is therefore *ORDERED, ADJUDGED and DECREED* that:

      (1)    There is cause pursuant to *Fed.R.Bankr.P. 9006(c)(2)* to reduce the one-year period provided by *Fed.R.Bankr. 3002.1(e)* for the Debtor(s) to respond to the *Notice* because of the need to promptly determine the amount due, if any, under the *Notice* so as to maximize the opportunities for plan success.

      (2)    *On or before April 17, 2019*, unless the Trustee first acts pursuant to Paragraph 3, the Debtor(s) shall file either:

      (a)    An *AMENDED CHAPTER 13 PLAN;*

      (b)    A *DECLARATION* that the existing Chapter 13 Plan is sufficient to fund the Plan with the additional debt provided in the *Notice*; or

      (c)    An *OBJECTION* to the *Notice* as stated and shall self-schedule a hearing on the matter pursuant to the Court's procedures.

      (3)    *On or before April 17, 2019,* the Trustee may file an *Objection* or *Motion* opposing the *Notice* as stated and shall self-schedule a hearing on the matter pursuant to the Court's procedures.

      (4)    *The failure of either the Debtor(s) or the Trustee to timely file an Objection or Motion opposing the Notice* shall result in the allowance of the fees, expenses, and charges set forth therein without further order, notice or hearing, *provided however*, that no payment thereon will be implemented by the Trustee until such time as Debtor(s) files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrator to serve:
Debtors
Daniel R. White, Esq.
Ditech Financial LLC, P.O. Box 6154, Rapid City SD 57709-6154

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 15-20497-TPA
James J. Hadenak                                                      Chapter 13
Kimberly R. Hadenak
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: mgut          Page 1 of 1          Date Rcvd: Mar 27, 2019
                              Form ID: pdf900     Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 29, 2019.
db          +James J. Hadenak,    P.O. Box 723,   New Salem, PA 15468-0723
jdb         +Kimberly R. Hadenak,    P.O. Box 723,   New Salem, PA 15468-0723

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           E-mail/Text: bankruptcy.bnc@ditech.com Mar 28 2019 03:00:35     DITECH FINANCIAL LLC,
             P.O. Box 6154,   Rapid City, SD  57709-6154
cr          +E-mail/Text: bankruptcy.bnc@ditech.com Mar 28 2019 03:00:35     Ditech Financial LLC,
             PO BOX 0049,   Palatine, IL 60055-0001
                                                                                    TOTAL: 2

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2019                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 27, 2019 at the address(es) listed below:
              Daniel R. White    on behalf of Debtor James J. Hadenak dwhite@zeblaw.com,
              gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
              Daniel R. White    on behalf of Joint Debtor Kimberly R. Hadenak dwhite@zeblaw.com,
              gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
              Daniel R. White    on behalf of Plaintiff Kimberly R. Hadenak dwhite@zeblaw.com,
              gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
              Daniel R. White    on behalf of Plaintiff James J. Hadenak dwhite@zeblaw.com,
              gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
              James  Warmbrodt    on behalf of Creditor   U.S. Bank, N.A. Et Al... bkgroup@kmllawgroup.com
              Joshua I. Goldman   on behalf of Creditor   U.S. Bank, N.A. Et Al... bkgroup@kmllawgroup.com
              Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
                                                                                    TOTAL: 8