FILED
4/18/19 3:24 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| JAMES J. HADENAK and | : | Case No. 15-20497-TPA |
| KIMBERLY R. HADENAK | : | Chapter 13 |
| *Debtors* | : | Related to Claim No. 1 |
| | : | Related to Doc. No. 64 |

## ORDER TO SHOW CAUSE

On March 27, 2019 the Court issued an Oder in connection with a *Notice of Postpetition Mortgage Fees, Expenses and Charges* ("Notice") filed by Ditech Financial, LLC, filed March 21, 2019 relating to Claim No. 1. That Order required the Debtors, by April 17, 2019, to either file an amended plan, or a declaration that the existing plan was sufficient to fund the additional debt stated in the Notice, or object to the Notice. The requirement for one of those actions to be taken is to ensure that the additional debt set forth in the Notice is adequately addressed and does not come up in the late stages of the case and threaten the success of the case. In other words, the requirement is ultimately imposed for the benefit of the Debtors. The deadline for acting has now passed, but the Debtors have not done anything.

*AND NOW*, this **18th** day of ***April, 2019***, it is **ORDERED, ADJUDGED** and **DECREED** that an Order to Show cause is issued against the Debtors, **James J. Hadenak** and **Kimberly R. Hadenak** and their attorney, **Daniel R. White**, requiring that they all ***personally appear***

at a hearing scheduled for *May 15, 2019* at *9:30 A.M.* in Courtroom C, 54th Floor, U.S. Steel Tower, 600 Grant St., Pittsburgh, Pennsylvania 15219, for the purpose of showing cause why they should not be sanctioned monetarily or otherwise for failure to comply with the March 27, 2019 Order. If the Debtors take one of the actions as set forth in the March 27th Order *on or before May 8, 2019*, the Order to Show cause *may* be vacated and the hearing cancelled.

                                                                  vas  
                                  Thomas P. Agresti, Judge  
                                  United States Bankruptcy Court

Case administrator to serve:
    Debtors
    Daniel R. White, Esq.
    Ronda Winnecour, Esq.
    Ditech Financial LLC, P.O. Box 6154, Rapid City SD 57709-6154

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 15-20497-TPA
James J. Hadenak                                                          Chapter 13
Kimberly R. Hadenak
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: mgut               Page 1 of 1           Date Rcvd: Apr 18, 2019
                              Form ID: pdf900          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 20, 2019.
db/jdb         +James J. Hadenak,    Kimberly R. Hadenak,    P.O. Box 723,    New Salem, PA 15468-0723

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/Text: bankruptcy.bnc@ditech.com Apr 19 2019 02:20:31      DITECH FINANCIAL LLC,
                 P.O. Box 6154,   Rapid City, SD   57709-6154
                                                                                               TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2019                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 18, 2019 at the address(es) listed below:
              Daniel R. White    on behalf of Joint Debtor Kimberly R. Hadenak dwhite@zeblaw.com,
               gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
              Daniel R. White    on behalf of Plaintiff Kimberly R. Hadenak dwhite@zeblaw.com,
               gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
              Daniel R. White    on behalf of Plaintiff James J. Hadenak dwhite@zeblaw.com,
               gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
              Daniel R. White    on behalf of Debtor James J. Hadenak dwhite@zeblaw.com,
               gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
              James Warmbrodt     on behalf of Creditor    U.S. Bank, N.A. Et Al... bkgroup@kmllawgroup.com
              Joshua I. Goldman     on behalf of Creditor    U.S. Bank, N.A. Et Al... bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                               TOTAL: 8