FILED
4/23/19 12:04 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

JAMES J. HADENAK and : Case No. 15-20497 TPA
KIMBERLY R. HADENAK : Chapter 13
      *Debtors* : Related to Document No. 66

### ORDER

*AND NOW*, this **23rd** day of *April, 2019*, in light of the filing of the *Declaration and Response* filed by the Debtors at Document Nos. 67 and 69, the ***Order to Show Cause*** at Document No. 66 scheduling a hearing to show cause for failure comply with Court Order dated March 27, 2019, is ***VACATED*** and the May 15, 2019 Order to Show Cause hearing is ***CANCELLED***.

_____ vas
Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrator to serve:
    Debtors
    Daniel R. White, Esq.
    Ronda J. Winnecour, Esq.
    Ditech Financial LLC, P.O. Box 6154, Rapid City, SD 57709-6154

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
James J. Hadenak  
Kimberly R. Hadenak  
    Debtors

Case No. 15-20497-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: mgut     Page 1 of 1     Date Rcvd: Apr 23, 2019  
                         Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2019.  
db/jdb        +James J. Hadenak,    Kimberly R. Hadenak,    P.O. Box 723,    New Salem, PA 15468-0723

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr           E-mail/Text: bankruptcy.bnc@ditech.com Apr 24 2019 02:29:02      DITECH FINANCIAL LLC,  
           P.O. Box 6154,    Rapid City, SD    57709-6154  
                                                                                                                                                                                    TOTAL: 1

               ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2019                                          Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2019 at the address(es) listed below:  
         Daniel R. White     on behalf of Joint Debtor Kimberly R. Hadenak dwhite@zeblaw.com,  
          gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com  
         Daniel R. White     on behalf of Plaintiff Kimberly R. Hadenak dwhite@zeblaw.com,  
          gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com  
         Daniel R. White     on behalf of Plaintiff James J. Hadenak dwhite@zeblaw.com,  
          gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com  
         Daniel R. White     on behalf of Debtor James J. Hadenak dwhite@zeblaw.com,  
          gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com  
         James Warmbrodt     on behalf of Creditor    U.S. Bank, N.A. Et Al... bkgroup@kmllawgroup.com  
         Joshua I. Goldman     on behalf of Creditor    U.S. Bank, N.A. Et Al... bkgroup@kmllawgroup.com  
         Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
         Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com  
                                                                                                                                                                              TOTAL: 8