**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

06/13/2019

IN RE:

JAMES J. HADENAK
KIMBERLY R. HADENAK
P.O. BOX 723
NEW SALEM, PA 15468
XXX-XX-5478         Debtor(s)

XXX-XX-8380

Case No.15-20497 TPA

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

6/13/2019

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Creditor Description |
|---|---|---|
| **FAYETTE COUNTY TAX CLAIM BUR**<br>COURT HOUSE<br>61 E MAIN ST<br>UNIONTOWN, PA 15401 | Trustee Claim Number: 1   INT %: 9.00%<br>Court Claim Number:<br>CLAIM: 1,521.40<br>COMMENT: 2204=TTL@9%/PL~11,13-14*2011 BAL@ 35*15-18@CID 39 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 1501004469:11-13,14 |
| **GREEN TREE SERVICING LLC(\*)**<br>ATTENTION: BK CASH MANAGEMENT<br>301 W BAY STREET<br>FLOOR 22, J253<br>JACKSONVILLE, FL 32202 | Trustee Claim Number: 2   INT %: 6.00%<br>Court Claim Number: 1<br>CLAIM: 17,796.00<br>COMMENT: $OE@6%MDF/PL*DKT | CRED DESC: MORTGAGE PAID IN FULL<br>ACCOUNT NO.: 3963 |
| **APPLIED BANK\***<br>PO BOX 70165<br>PHILADELPHIA, PA 19176-0165 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4227093152479832 |
| **AT & T MOBILITY II LLC**<br>C/O AT & T SERVICES INC<br>ONE AT & T WAY RM 3A104<br>BEDMINSTER, NJ 07921 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 188044539910 |
| **AT & T MOBILITY II LLC**<br>C/O AT & T SERVICES INC<br>ONE AT & T WAY RM 3A104<br>BEDMINSTER, NJ 07921 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 188060859867 |
| **BMG MUSIC SERVICE++**<br>CUSTOMER SERVICE DEPT<br>POB 1958<br>INDIANAPOLIS, IN 46291 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 53907037 |
| **PA DEPARTMENT OF LABOR & INDUSTRY (OFFI**<br>UI PAYMENT SERVICES (INDV UC OP)<br>PO BOX 67503<br>HARRISBURG, PA 17106-9894 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 1,967.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8380 |
| **DIRECTV (\*) - TRUSTEE PAYMENTS**<br>PO BOX 5008<br>CAROL STREAM, IL 60197-5008 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **DISH NETWORK**<br>DEPT 0063<br>PALATINE, IL 60055-0063 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8255909700467746 |
| **FAYETTE COUNTY JUVENILE PROBATION OFC**<br>34 W PETER ST<br>UNIONTOWN, PA 15401 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: JDGMNT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: NO 2141 OF 2004 DSB |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **FREEDOM CDC**<br>448 W MAIN ST STE 3<br><br>MOUNT PLEASANT, PA  15666 | Trustee Claim Number:11  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  JDGMNT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  NO 754 OF 2013 DSB |
| **GUARDIAN PROTECTION SERVICES(*)**<br>174 THORN HILL RD<br><br>WARRENDALE, PA  15086 | Trustee Claim Number:12  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  JDGMNT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  NO 1890 OF 2002 GD |
| **H & R BLOCK**<br>PO BOX 64171<br><br>KANSAS CITY, MO  64171 | Trustee Claim Number:13  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9203 |
| **CAVALRY SPV I LLC - ASSIGNEE(*)**<br>C/O CAVALRY PORTFOLIO SERVICES LLC*<br>PO BOX 27288<br>TEMPE, AZ  85282 | Trustee Claim Number:14  INT %:  0.00%<br>Court Claim Number:2<br>CLAIM:  499.59<br>COMMENT:  HSBC BANK NV | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7236 |
| **HSBC CARD SERVICES++**<br>POB 17051<br><br>BALTIMORE, MD  21297-1051 | Trustee Claim Number:15  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5407915018708559 |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br><br>CHICAGO, IL  60677-2813 | Trustee Claim Number:16  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  GU06310 |
| **OPEN AIR IMAGING**<br>POB 374<br><br>ACME, PA  15610 | Trustee Claim Number:17  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  100070991 |
| **OFFICE OF UC BENEFITS POLICY****<br>DEPARTMENT OF LABOR AND INDUSTRY - UC D<br>LABOR & INDUSTRY BLDG 10TH FL<br>651 BOAS ST<br>HARRISBURG, PA  17121 | Trustee Claim Number:18  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ? |
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDIN**<br>PO BOX 788<br><br>KIRKLAND, WA  98083-0788 | Trustee Claim Number:19  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  PARADISE CASH ADVANCE/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ? |
| **PENN REHAB NETWORK**<br>625 CHERRY TREE LANE<br><br>UNIONTOWN, PA  15401 | Trustee Claim Number:20  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ? |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account No. |
|---|---|---|---|
| **PNC BANK NA**<br>POB 94982<br>CLEVELAND, OH 44101 | Trustee Claim Number: 21 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1031373496 |
| **PREMIER BANKCARD/CHARTER**<br>C/O CSI<br>POB 2208<br>VACAVILLE, CA 95696 | Trustee Claim Number: 22 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5433628905450742 |
| **TARPLEY FOOT AND ANKLE CENTER**<br>20 HIGHLAND PARK DR<br>UNIONTOWN, PA 15401 | Trustee Claim Number: 23 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: HADK1000 |
| **UNIONTOWN HOSPITAL**<br>500 W BERKELEY ST<br>UNIONTOWN, PA 15401 | Trustee Claim Number: 24 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **UPMC PHYSICIAN SERVICES++**<br>C/O UPMC TREASURY DEPT<br>US STEEL TOWER - MS UST 01-41-02<br>600 GRANT ST 41ST FL<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 25 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 46622285 |
| **VERIZON**<br>500 TECHNOLOGY DR STE 30<br>WELDON SPRING, MO 63304 | Trustee Claim Number: 26 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2035552502 |
| **AMERICAN INFOSOURCE LP AGENT FOR VERIZ**<br>PO BOX 248838<br>OKLAHOMA CITY, OK 73124-8838 | Trustee Claim Number: 27 INT %: 0.00%<br>Court Claim Number: 3 | CLAIM: 968.76<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **VERIZON WIRELESS**<br>500 TECHNOLOGY DR STE 550<br>ATTN ADMINISTRATION<br>WELDON SPRING, MO 63304 | Trustee Claim Number: 28 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 52267824400001 |
| **VERIZON WIRELESS**<br>500 TECHNOLOGY DR STE 550<br>ATTN ADMINISTRATION<br>WELDON SPRING, MO 63304 | Trustee Claim Number: 29 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: GU06310 |
| **WEST PENN POWER***<br>ATTN BANKRUPTCY<br>5001 NASA BLVD<br>FAIRMONT, WV 26554 | Trustee Claim Number: 30 INT %: 0.00%<br>Court Claim Number: 5-2 | CLAIM: 1,649.92<br>COMMENT: 100092295839/SCH*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2383 |

---

**GREEN TREE SERVICING LLC(*)**
ATTENTION: BK CASH MANAGEMENT
301 W BAY STREET
FLOOR 22, J253
JACKSONVILLE, FL  32202

Trustee Claim Number:31  INT %:  0.00%
Court Claim Number:01

CLAIM:  0.00
COMMENT:  PIF@CID2*ARRS/CL=$12,379.44*THRU 1/15

CRED DESC:  MORTGAGE PAID IN FULL
ACCOUNT NO.: 3963

---

**JOSHUA GOLDMAN ESQ**
PHELAN ET AL
1617 JFK BLVD STE 1400

PHILADELPHIA, PA  19103

Trustee Claim Number:32  INT %:  0.00%
Court Claim Number:

CLAIM:  0.00
COMMENT:  US BANK NATL/PRAE

CRED DESC:  NOTICE ONLY
ACCOUNT NO.:

---

**GREEN TREE SERVICING LLC(*)**
ATTENTION: BK CASH MANAGEMENT
301 W BAY STREET
FLOOR 22, J253
JACKSONVILLE, FL  32202

Trustee Claim Number:33  INT %:  0.00%
Court Claim Number:1

CLAIM:  32,906.96
COMMENT:  UNSEC BAL AFT OE*W/2

CRED DESC:  UNSECURED CREDITOR
ACCOUNT NO.: 3936

---

**DITECH FINANCIAL LLC(*)**
ATTENTION: BK CASH MANAGEMENT
301 W BAY STREET
FLOOR 22, J253
JACKSONVILLE, FL  32202

Trustee Claim Number:34  INT %:  0.00%
Court Claim Number:1

CLAIM:  245.00
COMMENT:  NT PROV/PL*NTC POSTPET FEES/EXP*REF CL*W/2*INSURANCE 4/16-4/17

CRED DESC:  Post Petition Claim (1305)
ACCOUNT NO.: 3963

---

**FAYETTE COUNTY TAX CLAIM BUR**
COURT HOUSE
61 E MAIN ST

UNIONTOWN, PA  15401

Trustee Claim Number:35  INT %:  9.00%
Court Claim Number:6

CLAIM:  213.96
COMMENT:  BAL/STMNT~2011*BAL/PL@CID 1

CRED DESC:  SECURED CREDITOR
ACCOUNT NO.: 15-01-0044-69

---

**DITECH FINANCIAL LLC(*)**
ATTENTION: BK CASH MANAGEMENT
301 W BAY STREET
FLOOR 22, J253
JACKSONVILLE, FL  32202

Trustee Claim Number:36  INT %:  0.00%
Court Claim Number:1

CLAIM:  237.00
COMMENT:  NT PROV/PL*NTC POSTPET FEE/EXP*REF CL*W/2*INSURANCE 4/17-4/18

CRED DESC:  Post Petition Claim (1305)
ACCOUNT NO.: 3963

---

**DITECH FINANCIAL LLC(*)**
ATTENTION: BK CASH MANAGEMENT
301 W BAY STREET
FLOOR 22, J253
JACKSONVILLE, FL  32202

Trustee Claim Number:37  INT %:  0.00%
Court Claim Number:1

CLAIM:  213.60
COMMENT:  PAY/DECL~DKT*NT/PL*AMD NTC POSTPET FEE/EXP*REF CL*W/2*INSURANCE 4/1/

CRED DESC:  Post Petition Claim (1305)
ACCOUNT NO.: 3963

---

**FAYETTE COUNTY TAX CLAIM BUR**
COURT HOUSE
61 E MAIN ST

UNIONTOWN, PA  15401

Trustee Claim Number:38  INT %:  0.00%
Court Claim Number:

CLAIM:  0.00
COMMENT:  Creditor says 3954.21 due through 5/2019*2012-18

CRED DESC:  NOTICE ONLY
ACCOUNT NO.:

---

**FAYETTE COUNTY TAX CLAIM BUR**
COURT HOUSE
61 E MAIN ST

UNIONTOWN, PA  15401

Trustee Claim Number:39  INT %:  9.00%
Court Claim Number:

CLAIM:  2,432.81
COMMENT:  BAL OF RE TAXES DUE 2015-2018 UNPAID/TCB. NOT PROV/P*NEED POC*BGN INT

CRED DESC:  Post Petition Claim (1305)
ACCOUNT NO.: 2015-2018