FILED
11/4/19 1:53 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| James J. Hadenak | : | Case No.15-20497TPA |
| Kimberly R. Hadenak | : | Chapter 13 |
| Debtor(s) | : | |
| Ronda J. Winnecour, Trustee | : | |
| | : | Re Doc. 75 |
| Movant(s) | : | |
| | : | |
| vs. | : | |
| James J. Hadenak | : | |
| Kimberly R. Hadenak | : | |
| Respondent(s) | | |

**ORDER OF COURT**

AND NOW, this 4th day of November, 2019, upon consideration of the Trustee's Motion for Modification of Plan, it is

ORDERED that the Motion is **GRANTED** and an Order to file Amended Plan will be issued by separate Order.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE    vas

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
James J. Hadenak  
Kimberly R. Hadenak  
      Debtors

Case No. 15-20497-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: mgut     Page 1 of 1     Date Rcvd: Nov 04, 2019  
                   Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2019.  
db/jdb         +James J. Hadenak,    Kimberly R. Hadenak,    P.O. Box 723,    New Salem, PA 15468-0723

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2019                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2019 at the address(es) listed below:  
       Daniel R. White    on behalf of Joint Debtor Kimberly R. Hadenak zmwchapter13@gmail.com, gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com  
       Daniel R. White    on behalf of Plaintiff Kimberly R. Hadenak zmwchapter13@gmail.com, gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com  
       Daniel R. White    on behalf of Plaintiff James J. Hadenak zmwchapter13@gmail.com, gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com  
       Daniel R. White    on behalf of Debtor James J. Hadenak zmwchapter13@gmail.com, gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com  
       James Warmbrodt    on behalf of Creditor    U.S. Bank, N.A. Et Al... bkgroup@kmllawgroup.com  
       Joshua I. Goldman    on behalf of Creditor    U.S. Bank, N.A. Et Al... bkgroup@kmllawgroup.com  
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
       TOTAL: 8