Form 300b

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **James J. Hadenak** aka James J. Hadenak Sr. **Kimberly R. Hadenak** *Debtor(s)* | Case No. 15−20497−TPA Chapter: 13 |
| **RONDA J. WINNECOUR, Trustee,** *Movant(s),* | Related to Document No. 94 |
| v. **No Respondents** *Respondent(s).* | Hearing Date: 4/29/20 at 12:00 PM |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

　　　*AND NOW,* this *The 28th of February, 2020*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 94 , by the Chapter 13 Trustee

　　It is hereby **ORDERED, ADJUDGED and DECREED** that:

　　　(1) **On or before April 13, 2020**, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

　　　(2) This *Motion* is scheduled for hearing on **April 29, 2020 at 12:00 PM** in Courtroom "C", 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*.

　　　(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.*** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court
Western District of Pennsylvania

In re:
James J. Hadenak
Kimberly R. Hadenak
    Debtors

Case No. 15-20497-TPA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: vson     Page 1 of 2     Date Rcvd: Feb 28, 2020
                  Form ID: 300b     Total Noticed: 48

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2020.

```
db/jdb         +James J. Hadenak,    Kimberly R. Hadenak,    P.O. Box 723,    New Salem, PA 15468-0723
13996842       +Allied Interstate,    P.O. Box 4000,    Warrenton, VA 20188-4000
13996848     ++++BMG MUSIC SERVICE,    MUSIC CUSTOMER SERVICE,    150 ALLEN DISTRIBUTION DR,
                 MECHANICSBURG PA   17055-4702
                (address filed with court: BMG Music Service,    Music Customer Service,
                 1225 South Market Street,    Mechanicsburg, PA 17055)
13996849       +Bureau of Collection Recovery,    7575 Corporate Way,    Eden Prairie, MN 55344-2022
14011319        Commonwealth of PA - PA UC Fund,    Dept. of Labor & Industry,    Office of UC Tax Services,
                 P.O. Box 67503,    Harrisburg, PA   17106-7503
13996854       +Erin P. Dyer, Esq.,    Dyer Law Firm, PC,    5743 Centre Avenue,    Pittsburgh, PA 15206-3707
13996855       +Fayette County Juvenile Probation Office,    34 West Peter Street,    Uniontown, PA 15401-3326
13996857       +Fayette County Tax Claim Bureau,    c/o John M. Zeglen, Esq.,    99 East Main Street,
                 Uniontown, PA 15401-3519
13996856       +Fayette County Tax Claim Bureau,    Fayette County Courthouse,    61 East Main Street,
                 Uniontown, PA 15401-3514
13996858       +Freedom Consumer Discount Company,    448 West Main Street,    Mount Pleasant, PA 15666-1542
14011320       +Guardian Protection Services,    650 Ridge Road,    Pittsburgh, PA 15205-9504
13996861        HSBC Card Services,    P.O. Box 80084,    Salinas, CA 93912-0084
13996863        LHR, Inc.,    56 Main Street,    Hamburg, NY 14075-4905
14011321       +Lori Nolan Lindey, Esq.,    11 Stanwix Street--Suite 1024,    Pittsburgh, PA 15222-1312
13996865       +PA Unemployment Compensation Fund,    Department of Labor and Industry,
                 Office of UC Tax Services,    625 Cherry Street--Room 203,    Reading, PA 19602-1152
13996869        PNC Bank,    P.O. Box 609,    Pittsburgh, PA 15230-0609
13996874       +Tarpley Foot & Ankle Center,    20 Highland Park Drive,    Uniontown, PA 15401-8922
13996875        Uniontown Hospital,    500 West Berkeley Street,    Uniontown, PA 15401-5596
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
cr              E-mail/Text: bankruptcy.bnc@ditech.com Feb 29 2020 03:09:25     DITECH FINANCIAL LLC,
                 P.O. Box 6154,    Rapid City, SD  57709-6154
cr             +E-mail/Text: bankruptcy.bnc@ditech.com Feb 29 2020 03:09:25     Ditech Financial LLC,
                 PO BOX 0049,    Palatine, IL 60055-0001
cr              E-mail/Text: bankruptcy.bnc@ditech.com Feb 29 2020 03:09:25     GREEN TREE SERVICING LLC,
                 PO BOX 0049,    PALATINE, IL  60055-0049
13996841       +E-mail/Text: EBNProcessing@afni.com Feb 29 2020 03:10:44      AFNI,    P.O. Box 3667,
                 Bloomington, IL 61702-3667
13996846        E-mail/Text: g20956@att.com Feb 29 2020 03:11:22      AT&T Mobility,    5020 Ash Grove Road,
                 Springfield, IL 62711-6329
13996847       +E-mail/Text: g20956@att.com Feb 29 2020 03:11:22      AT&T Mobility II, LLC,
                 c/o AT&T Services, Inc.,    One AT&T Way--Room  3A104,    Bedminster, NJ 07921-2694
13996844       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 29 2020 03:18:29      American InfoSource,
                 Verizon,    P.O. Box 248838,    Oklahoma City, OK 73124-8838
13996843       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 29 2020 03:16:48      American InfoSource,
                 P.O. Box 248838,    Oklahoma City, OK 73124-8838
14041110        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 29 2020 03:16:48
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
13996845        E-mail/Text: bnc-applied@quantum3group.com Feb 29 2020 03:11:08     Applied Bank,
                 P.O. Box 17125,    Wilmington, DE 19850-7125
13996850       +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 29 2020 03:16:43     CACH, LLC,
                 4340 South Monaco Street--2nd Floor,    Denver, CO 80237-3485
13996851       +E-mail/Text: bankruptcy@cavps.com Feb 29 2020 03:11:06      Cavalry Portfolio Services,
                 500 Summit Lake Drive--Suite 400,    Valhalla, NY 10595-2322
14025540       +E-mail/Text: bankruptcy@cavps.com Feb 29 2020 03:11:07      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13996852        E-mail/Text: G06041@att.com Feb 29 2020 03:11:12      Direct TV,    P.O. Box 78626,
                 Phoenix, AZ 85062-8626
13996853        E-mail/Text: Bankruptcy.Consumer@dish.com Feb 29 2020 03:10:19      Dish Network,
                 P.O. Box 94063,    Palatine, IL 60094-4063
14011765        E-mail/Text: bankruptcy.bnc@ditech.com Feb 29 2020 03:09:25     GREEN TREE SERVICING LLC,
                 P.O. BOX 6154,    RAPID CITY SD, 57709-6154,    888-298-7785
13996859        E-mail/Text: bankruptcy.bnc@ditech.com Feb 29 2020 03:09:25     Green Tree Servicing, LLC,
                 MHD Bankruptcy Department,    P.O. Box 6154,    Rapid City, SD 57709-6154
13996860        E-mail/Text: dleabankruptcy@hrblock.com Feb 29 2020 03:09:03      H & R Block Bank,
                 P.O. Box 10170,    Kansas City, MO 64171-0170
13996862        E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 29 2020 03:10:57      Jefferson Capital Systems,
                 P.O. Box 7999,    Saint Cloud, MN 56302-9617
13996864       +E-mail/Text: bankruptcydepartment@tsico.com Feb 29 2020 03:11:31
                 NCO Financial Systems, Inc.,    P.O. Box 15270,    Wilmington, DE 19850-5270
13996870        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 29 2020 03:16:32
                 Portfolio Recovery,    120 Corporate Boulevard--Suite 1,    Norfolk, VA 23502
13996866        E-mail/Text: bnc-quantum@quantum3group.com Feb 29 2020 03:09:54     Paradise Cash Advance,
                 c/o Quantum3 Group, LLC,    Agent for MOMA Funding, LLC,    P.O. Box 788,
                 Kirkland, WA 98083-0788
```

```
District/off: 0315-2          User: vson                Page 2 of 2                  Date Rcvd: Feb 28, 2020
                              Form ID: 300b             Total Noticed: 48
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
13996868       +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 29 2020 03:16:42
                 Pinnacle Credit Service,    P.O. Box 640,    Hopkins, MN 55343-0640
13996871       +E-mail/Text: csidl@sbcglobal.net Feb 29 2020 03:11:14        Premier BankCard/Charter,
                 P.O. Box 2208,    Vacaville, CA 95696-8208
13996872        E-mail/Text: bnc-quantum@quantum3group.com Feb 29 2020 03:09:54        Quantum3 Group, LLC,
                 MOMA Funding, LLC,    P.O. Box 788,    Kirkland, WA 98083-0788
13996873        E-mail/Text: bankruptcy@sw-credit.com Feb 29 2020 03:10:25        Southwest Credit Systems,
                 4120 International Parkway--Suite 1100,    Carrollton, TX 75007-1958
13996876       +E-mail/Text: BankruptcyNotice@upmc.edu Feb 29 2020 03:11:28        UPMC Physician Services,
                 1650 Metropolitan Street,    Third Floor--Customer Service,    Pittsburgh, PA 15233-2212
13996877       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Feb 29 2020 03:08:26
                 Verizon,    Attn: Bankruptcy,    500 Technology Drive,    Weldon Spring, MO 63304-2225
13996878        E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Feb 29 2020 03:08:26
                 Verizon Wireless Bankruptcy Admin.,    P.O. Box 3397,    Bloomington, IL 61702-3397
13996879       +E-mail/Text: bankruptcy@firstenergycorp.com Feb 29 2020 03:10:36        West Penn Power,
                 1310 Fairmont Avenue,    Fairmont, WV 26554-3526
                                                                                              TOTAL: 30

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               U.S. Bank, N.A. Et Al...
14011318       ##+Colonial Acceptance,    312 Fallowfield Avenue,    P.O. Box 25,    Charleroi, PA 15022-0025
14011322       ##+Open Air Imaging, Inc.,    280 McClellandtown Road--Suite D,    Uniontown, PA 15401-3111
13996867       ##+Penn Rehab Network,    625 Cherry Tree Lane,    Uniontown, PA 15401-8419
                                                                                      TOTALS: 1, * 0, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2020                                    Signature:  /s/Joseph Speetjens 

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2020 at the address(es) listed below:
```
              Daniel R. White    on behalf of Joint Debtor Kimberly R. Hadenak zmwchapter13@gmail.com,
               gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
              Daniel R. White    on behalf of Plaintiff Kimberly R. Hadenak zmwchapter13@gmail.com,
               gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
              Daniel R. White    on behalf of Plaintiff James J. Hadenak zmwchapter13@gmail.com,
               gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
              Daniel R. White    on behalf of Debtor James J. Hadenak zmwchapter13@gmail.com,
               gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
              James Warmbrodt    on behalf of Creditor    U.S. Bank, N.A. Et Al... bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    U.S. Bank, N.A. Et Al... bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 8
```