**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

   JAMES J. HADENAK
   KIMBERLY R. HADENAK
        Debtor(s)

   Ronda J. Winnecour
    Chapter 13 Trustee,
        Movant
       vs.
   No Respondents.

Case No.:15-20497 TPA

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

  4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

  **Wherefore**, the Trustee requests that the Court,

  1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
  2. Approve the Trustee's Report of Receipts and Disbursements,
  3. Terminate wage attachments,
  4. Revest property of the estate in the debtor(s), and
  5. Enter a final decree and close this case.

  February 25, 2020

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 02/18/2015 and confirmed on 4/16/15 . The case was subsequently       Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 35,280.00 |
| Less Refunds to Debtor | 3,531.40 | |
| TOTAL AMOUNT OF PLAN FUND | | 31,748.60 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,500.00 | |
|    Trustee Fee | 1,454.32 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,954.32 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   FAYETTE COUNTY TAX CLAIM BUR | 1,521.40 | 1,521.40 | 450.14 | 1,971.54 |
|     Acct: XXXXXXXXXXXXXX3,14 | | | | |
|   FAYETTE COUNTY TAX CLAIM BUR | 213.96 | 213.96 | 26.39 | 240.35 |
|     Acct: XXXXXXXXX4-69 | | | | |
|   GREEN TREE SERVICING LLC(*) | 17,796.00 | 17,796.00 | 2,511.65 | 20,307.65 |
|     Acct: 3963 | | | | |
|   GREEN TREE SERVICING LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3963 | | | | |
| | | | | 22,519.54 |
| **Priority** | | | | |
|   DANIEL R WHITE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JAMES J. HADENAK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JAMES J. HADENAK | 3,531.40 | 3,531.40 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ZEBLEY MEHALOV & WHITE PC | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DITECH FINANCIAL LLC(*) | 245.00 | 245.00 | 0.00 | 245.00 |
|     Acct: 3963 | | | | |
|   DITECH FINANCIAL LLC(*) | 237.00 | 237.00 | 0.00 | 237.00 |
|     Acct: 3963 | | | | |
|   DITECH FINANCIAL LLC(*) | 213.60 | 213.60 | 0.00 | 213.60 |
|     Acct: 3963 | | | | |
|   FAYETTE COUNTY TAX CLAIM BUR | 2,432.81 | 2,432.81 | 146.00 | 2,578.81 |
|     Acct: XXXXX2018 | | | | |
|   FAYETTE COUNTY TAX CLAIM BUR | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXX2018 | | | | |
| | | | | 3,274.41 |
| **Unsecured** | | | | |
|   APPLIED BANK* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXX9832 | | | | |
|   AT & T MOBILITY II LLC | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: XXXXXXXX9910 | | | | |
| AT & T MOBILITY II LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXX9867 | | | | |
| BMG MUSIC SERVICE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXX7037 | | | | |
| PA DEPARTMENT OF LABOR & INDUSTR | 1,967.00 | 51.79 | 0.00 | 51.79 |
| Acct: 8380 | | | | |
| DIRECTV (*) - TRUSTEE PAYMENTS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| DISH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXX7746 | | | | |
| FAYETTE COUNTY JUVENILE PROBATIO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXX DSB | | | | |
| FREEDOM CDC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXX DSB | | | | |
| GUARDIAN PROTECTION SERVICES(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXX2 GD | | | | |
| H & R BLOCK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9203 | | | | |
| CAVALRY SPV I LLC - ASSIGNEE(*) | 499.59 | 13.15 | 0.00 | 13.15 |
| Acct: 7236 | | | | |
| HSBC CARD SERVICES++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXX8559 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX6310 | | | | |
| OPEN AIR IMAGING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXX0991 | | | | |
| OFFICE OF UC BENEFITS POLICY** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA F | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| PENN REHAB NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXX3496 | | | | |
| PREMIER BANKCARD/CHARTER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXX0742 | | | | |
| TARPLEY FOOT AND ANKLE CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXX1000 | | | | |
| UNIONTOWN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| UPMC PHYSICIAN SERVICES++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXX2285 | | | | |
| VERIZON | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXX2502 | | | | |
| AMERICAN INFOSOURCE LP AGENT FOF | 968.76 | 25.51 | 0.00 | 25.51 |
| Acct: 0001 | | | | |
| VERIZON WIRELESS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXX0001 | | | | |
| VERIZON WIRELESS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX6310 | | | | |
| WEST PENN POWER* | 1,649.92 | 43.44 | 0.00 | 43.44 |
| Acct: 2383 | | | | |
| GREEN TREE SERVICING LLC(*) | 32,906.96 | 866.44 | 0.00 | 866.44 |
| Acct: 3936 | | | | |
| JOSHUA GOLDMAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FAYETTE COUNTY TAX CLAIM BUR | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| | | | | | 1,000.33 |
| TOTAL PAID TO CREDITORS | | | | | 26,794.28 |

TOTAL
CLAIMED        3,128.41
PRIORITY      19,531.36
SECURED      37,992.23

Date: 02/25/2020

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    JAMES J. HADENAK
    KIMBERLY R. HADENAK
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:15-20497 TPA

Chapter 13

Document No.:

ORDER OF COURT

    AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                        BY THE COURT:

                        _____
                        U.S. BANKRUPTCY JUDGE

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                            Case No. 15-20497-TPA
James J. Hadenak                                                  Chapter 13
Kimberly R. Hadenak
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0315-2           User: vson                  Page 1 of 2                  Date Rcvd: Feb 28, 2020
                               Form ID: pdf900             Total Noticed: 48


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 01, 2020.
db/jdb         +James J. Hadenak,    Kimberly R. Hadenak,    P.O. Box 723,   New Salem, PA 15468-0723
13996842       +Allied Interstate,    P.O. Box 4000,    Warrenton, VA 20188-4000
13996848     ++++BMG MUSIC SERVICE,    MUSIC CUSTOMER SERVICE,    150 ALLEN DISTRIBUTION DR,
                 MECHANICSBURG PA 17055-4702
                (address filed with court: BMG Music Service,    Music Customer Service,
                 1225 South Market Street,    Mechanicsburg, PA 17055)
13996849       +Bureau of Collection Recovery,    7575 Corporate Way,    Eden Prairie, MN 55344-2022
14011319        Commonwealth of PA - PA UC Fund,    Dept. of Labor & Industry,    Office of UC Tax Services,
                 P.O. Box 67503,    Harrisburg, PA 17106-7503
13996854       +Erin P. Dyer, Esq.,    Dyer Law Firm, PC,    5743 Centre Avenue,   Pittsburgh, PA 15206-3707
13996855       +Fayette County Juvenile Probation Office,    34 West Peter Street,    Uniontown, PA 15401-3326
13996857       +Fayette County Tax Claim Bureau,    c/o John M. Zeglen, Esq.,    99 East Main Street,
                 Uniontown, PA 15401-3519
13996856       +Fayette County Tax Claim Bureau,    Fayette County Courthouse,    61 East Main Street,
                 Uniontown, PA 15401-3514
13996858       +Freedom Consumer Discount Company,    448 West Main Street,    Mount Pleasant, PA 15666-1542
14011320       +Guardian Protection Services,    650 Ridge Road,   Pittsburgh, PA 15205-9504
13996861        HSBC Card Services,    P.O. Box 80084,    Salinas, CA 93912-0084
13996863        LHR, Inc.,   56 Main Street,    Hamburg, NY 14075-4905
14011321       +Lori Nolan Lindey, Esq.,    11 Stanwix Street--Suite 1024,    Pittsburgh, PA 15222-1312
13996865       +PA Unemployment Compensation Fund,    Department of Labor and Industry,
                 Office of UC Tax Services,    625 Cherry Street--Room 203,    Reading, PA 19602-1152
13996869        PNC Bank,    P.O. Box 609,   Pittsburgh, PA 15230-0609
13996874       +Tarpley Foot & Ankle Center,    20 Highland Park Drive,    Uniontown, PA 15401-8922
13996875        Uniontown Hospital,    500 West Berkeley Street,   Uniontown, PA 15401-5596

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             E-mail/Text: bankruptcy.bnc@ditech.com Feb 29 2020 03:09:25     DITECH FINANCIAL LLC,
                 P.O. Box 6154,    Rapid City, SD 57709-6154
cr            +E-mail/Text: bankruptcy.bnc@ditech.com Feb 29 2020 03:09:25     Ditech Financial LLC,
                 PO BOX 0049,    Palatine, IL 60055-0001
cr             E-mail/Text: bankruptcy.bnc@ditech.com Feb 29 2020 03:09:25     GREEN TREE SERVICING LLC,
                 PO BOX 0049,    PALATINE, IL 60055-0049
13996841      +E-mail/Text: EBNProcessing@afni.com Feb 29 2020 03:10:44      AFNI,   P.O. Box 3667,
                 Bloomington, IL 61702-3667
13996846       E-mail/Text: g20956@att.com Feb 29 2020 03:11:20     AT&T Mobility,   5020 Ash Grove Road,
                 Springfield, IL 62711-6329
13996847      +E-mail/Text: g20956@att.com Feb 29 2020 03:11:21     AT&T Mobility II, LLC,
                 c/o AT&T Services, Inc.,    One AT&T Way--Room 3A104,   Bedminster, NJ 07921-2694
13996844      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 29 2020 03:16:48     American InfoSource,
                 Verizon,   P.O. Box 248838,    Oklahoma City, OK 73124-8838
13996843      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 29 2020 03:18:29     American InfoSource,
                 P.O. Box 248838,    Oklahoma City, OK 73124-8838
14041110       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 29 2020 03:16:48
                 American InfoSource LP as agent for,    Verizon,   PO Box 248838,
                 Oklahoma City, OK 73124-8838
13996845       E-mail/Text: bnc-applied@quantum3group.com Feb 29 2020 03:11:08     Applied Bank,
                 P.O. Box 17125,    Wilmington, DE 19850-7125
13996850      +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 29 2020 03:17:24     CACH, LLC,
                 4340 South Monaco Street--2nd Floor,    Denver, CO 80237-3485
13996851      +E-mail/Text: bankruptcy@cavps.com Feb 29 2020 03:11:01     Cavalry Portfolio Services,
                 500 Summit Lake Drive--Suite 400,    Valhalla, NY 10595-2322
14025540      +E-mail/Text: bankruptcy@cavps.com Feb 29 2020 03:11:01     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13996852       E-mail/Text: G06041@att.com Feb 29 2020 03:11:12     Direct TV,   P.O. Box 78626,
                 Phoenix, AZ 85062-8626
13996853       E-mail/Text: Bankruptcy.Consumer@dish.com Feb 29 2020 03:10:18     Dish Network,
                 P.O. Box 94063,    Palatine, IL 60094-4063
14011765       E-mail/Text: bankruptcy.bnc@ditech.com Feb 29 2020 03:09:25     GREEN TREE SERVICING LLC,
                 P.O. BOX 6154,    RAPID CITY SD, 57709-6154,   888-298-7785
13996859       E-mail/Text: bankruptcy.bnc@ditech.com Feb 29 2020 03:09:25     Green Tree Servicing, LLC,
                 MHD Bankruptcy Department,    P.O. Box 6154,   Rapid City, SD 57709-6154
13996860       E-mail/Text: dleabankruptcy@hrblock.com Feb 29 2020 03:09:03     H & R Block Bank,
                 P.O. Box 10170,    Kansas City, MO 64171-0170
13996862       E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 29 2020 03:10:50     Jefferson Capital Systems,
                 P.O. Box 7999,    Saint Cloud, MN 56302-9617
13996864      +E-mail/Text: bankruptcydepartment@tsico.com Feb 29 2020 03:11:29
                 NCO Financial Systems, Inc.,    P.O. Box 15270,   Wilmington, DE 19850-5270
13996870       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 29 2020 03:18:10
                 Portfolio Recovery,    120 Corporate Boulevard--Suite 1,   Norfolk, VA 23502
13996866       E-mail/Text: bnc-quantum@quantum3group.com Feb 29 2020 03:09:46     Paradise Cash Advance,
                 c/o Quantum3 Group, LLC,    Agent for MOMA Funding, LLC,   P.O. Box 788,
                 Kirkland, WA 98083-0788
```

```
District/off: 0315-2          User: vson                  Page 2 of 2                   Date Rcvd: Feb 28, 2020
                              Form ID: pdf900             Total Noticed: 48

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13996868       +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 29 2020 03:16:35
                 Pinnacle Credit Service,    P.O. Box 640,    Hopkins, MN 55343-0640
13996871       +E-mail/Text: csidl@sbcglobal.net Feb 29 2020 03:11:14      Premier BankCard/Charter,
                 P.O. Box 2208,    Vacaville, CA 95696-8208
13996872        E-mail/Text: bnc-quantum@quantum3group.com Feb 29 2020 03:09:46        Quantum3 Group, LLC,
                 MOMA Funding, LLC,    P.O. Box 788,    Kirkland, WA 98083-0788
13996873        E-mail/Text: bankruptcy@sw-credit.com Feb 29 2020 03:10:25      Southwest Credit Systems,
                 4120 International Parkway--Suite 1100,    Carrollton, TX 75007-1958
13996876       +E-mail/Text: BankruptcyNotice@upmc.edu Feb 29 2020 03:11:28      UPMC Physician Services,
                 1650 Metropolitan Street,    Third Floor--Customer Service,    Pittsburgh, PA 15233-2212
13996877       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Feb 29 2020 03:08:22
                 Verizon,    Attn: Bankruptcy,    500 Technology Drive,    Weldon Spring, MO 63304-2225
13996878        E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Feb 29 2020 03:08:22
                 Verizon Wireless Bankruptcy Admin.,    P.O. Box 3397,    Bloomington, IL 61702-3397
13996879       +E-mail/Text: bankruptcy@firstenergycorp.com Feb 29 2020 03:10:31      West Penn Power,
                 1310 Fairmont Avenue,    Fairmont, WV 26554-3526
                                                                                               TOTAL: 30

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              U.S. Bank, N.A. Et Al...
14011318       ##+Colonial Acceptance,    312 Fallowfield Avenue,    P.O. Box 25,    Charleroi, PA 15022-0025
14011322       ##+Open Air Imaging, Inc.,    280 McClellandtown Road--Suite D,    Uniontown, PA 15401-3111
13996867       ##+Penn Rehab Network,    625 Cherry Tree Lane,    Uniontown, PA 15401-8419
                                                                                    TOTALS: 1, * 0, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2020                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 25, 2020 at the address(es) listed below:
          Daniel R. White    on behalf of Joint Debtor Kimberly R. Hadenak zmwchapter13@gmail.com,
           gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
          Daniel R. White    on behalf of Plaintiff Kimberly R. Hadenak zmwchapter13@gmail.com,
           gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
          Daniel R. White    on behalf of Plaintiff James J. Hadenak zmwchapter13@gmail.com,
           gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
          Daniel R. White    on behalf of Debtor James J. Hadenak zmwchapter13@gmail.com,
           gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
          James Warmbrodt    on behalf of Creditor   U.S. Bank, N.A. Et Al... bkgroup@kmllawgroup.com
          Joshua I. Goldman    on behalf of Creditor   U.S. Bank, N.A. Et Al... bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 8
```