**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **James J. Hadenak** | Social Security number or ITIN **xxx–xx–5478** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Kimberly R. Hadenak** | Social Security number or ITIN **xxx–xx–8380** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **15–20497–TPA**

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

James J. Hadenak
aka James J. Hadenak Sr.

Kimberly R. Hadenak

4/14/20

**By the court:**  Thomas P. Agresti
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 15-20497-TPA
James J. Hadenak                                                      Chapter 13
Kimberly R. Hadenak
       Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0315-2          User: mgut              Page 1 of 2             Date Rcvd: Apr 14, 2020
                              Form ID: 3180W          Total Noticed: 48

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 16, 2020.
```
db/jdb         +James J. Hadenak,    Kimberly R. Hadenak,    P.O. Box 723,    New Salem, PA 15468-0723
cr              DITECH FINANCIAL LLC,    P.O. Box 6154,    Rapid City, SD  57709-6154
cr             +Ditech Financial LLC,    PO BOX 0049,    Palatine, IL 60055-0001
cr              GREEN TREE SERVICING LLC,    PO BOX 0049,    PALATINE, IL 60055-0049
13996842       +Allied Interstate,    P.O. Box 4000,    Warrenton, VA 20188-4000
13996848     ++++BMG MUSIC SERVICE,   MUSIC CUSTOMER SERVICE,    150 ALLEN DISTRIBUTION DR,
                 MECHANICSBURG PA  17055-4702
               (address filed with court:  BMG Music Service,    Music Customer Service,
                 1225 South Market Street,    Mechanicsburg, PA 17055)
13996849       +Bureau of Collection Recovery,    7575 Corporate Way,    Eden Prairie, MN 55344-2022
14011319        Commonwealth of PA - PA UC Fund,    Dept. of Labor & Industry,    Office of UC Tax Services,
                 P.O. Box 67503,   Harrisburg, PA  17106-7503
13996854       +Erin P. Dyer, Esq.,    Dyer Law Firm, PC,    5743 Centre Avenue,    Pittsburgh, PA 15206-3707
13996855       +Fayette County Juvenile Probation Office,     34 West Peter Street,    Uniontown, PA 15401-3326
13996857       +Fayette County Tax Claim Bureau,    c/o John M. Zeglen, Esq.,    99 East Main Street,
                 Uniontown, PA 15401-3519
13996856       +Fayette County Tax Claim Bureau,    Fayette County Courthouse,    61 East Main Street,
                 Uniontown, PA 15401-3514
13996858       +Freedom Consumer Discount Company,    448 West Main Street,    Mount Pleasant, PA 15666-1542
14011765      ++GREENTREE SERVICING LLC,   BANKRUPTCY DEPARTMENT,     P O BOX 6154,    RAPID CITY SD 57709-6154
               (address filed with court:  GREEN TREE SERVICING LLC,     P.O. BOX 6154,
                 RAPID CITY SD, 57709-6154,    888-298-7785)
14011320       +Guardian Protection Services,    650 Ridge Road,    Pittsburgh, PA 15205-9504
13996863        LHR, Inc.,   56 Main Street,    Hamburg, NY 14075-4905
14011321       +Lori Nolan Lindey, Esq.,    11 Stanwix Street--Suite 1024,    Pittsburgh, PA 15222-1312
13996865       +PA Unemployment Compensation Fund,    Department of Labor and Industry,
                 Office of UC Tax Services,    625 Cherry Street--Room 203,    Reading, PA 19602-1152
13996869        PNC Bank,   P.O. Box 609,    Pittsburgh, PA 15230-0609
13996874       +Tarpley Foot & Ankle Center,    20 Highland Park Drive,    Uniontown, PA 15401-8922
13996875        Uniontown Hospital,    500 West Berkeley Street,    Uniontown, PA 15401-5596
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 15 2020 04:25:50      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
13996841       +EDI: AFNIRECOVERY.COM Apr 15 2020 08:03:00      AFNI,    P.O. Box 3667,
                 Bloomington, IL 61702-3667
13996846        EDI: CINGMIDLAND.COM Apr 15 2020 08:03:00      AT&T Mobility,    5020 Ash Grove Road,
                 Springfield, IL 62711-6329
13996847       +EDI: CINGMIDLAND.COM Apr 15 2020 08:03:00      AT&T Mobility II, LLC,    c/o AT&T Services, Inc.,
                 One AT&T Way--Room 3A104,    Bedminster, NJ 07921-2694
13996844       +EDI: AIS.COM Apr 15 2020 08:03:00      American InfoSource,    Verizon,    P.O. Box 248838,
                 Oklahoma City, OK 73124-8838
13996843       +EDI: AIS.COM Apr 15 2020 08:03:00      American InfoSource,    P.O. Box 248838,
                 Oklahoma City, OK 73124-8838
14041110        EDI: AIS.COM Apr 15 2020 08:03:00      American InfoSource LP as agent for,    Verizon,
                 PO Box 248838,    Oklahoma City, OK  73124-8838
13996845        EDI: APPLIEDBANK.COM Apr 15 2020 08:03:00      Applied Bank,    P.O. Box 17125,
                 Wilmington, DE 19850-7125
13996850       +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 15 2020 04:27:59      CACH, LLC,
                 4340 South Monaco Street--2nd Floor,    Denver, CO 80237-3485
13996851       +E-mail/Text: bankruptcy@cavps.com Apr 15 2020 04:26:17      Cavalry Portfolio Services,
                 500 Summit Lake Drive--Suite 400,    Valhalla, NY 10595-2322
14025540       +E-mail/Text: bankruptcy@cavps.com Apr 15 2020 04:26:17      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13996852        EDI: DIRECTV.COM Apr 15 2020 08:03:00      Direct TV,    P.O. Box 78626,    Phoenix, AZ 85062-8626
13996853        EDI: ESSL.COM Apr 15 2020 08:03:00      Dish Network,    P.O. Box 94063,
                 Palatine, IL 60094-4063
13996860        E-mail/Text: dleabankruptcy@hrblock.com Apr 15 2020 04:25:18      H & R Block Bank,
                 P.O. Box 10170,    Kansas City, MO 64171-0170
13996861        EDI: HFC.COM Apr 15 2020 08:03:00      HSBC Card Services,    P.O. Box 80084,
                 Salinas, CA 93912-0084
13996862        EDI: JEFFERSONCAP.COM Apr 15 2020 08:03:00      Jefferson Capital Systems,    P.O. Box 7999,
                 Saint Cloud, MN 56302-9617
13996864       +E-mail/Text: bankruptcydepartment@tsico.com Apr 15 2020 04:26:30
                 NCO Financial Systems, Inc.,    P.O. Box 15270,    Wilmington, DE 19850-5270
13996870        EDI: PRA.COM Apr 15 2020 08:03:00      Portfolio Recovery,    120 Corporate Boulevard--Suite 1,
                 Norfolk, VA 23502
13996866        EDI: Q3G.COM Apr 15 2020 08:03:00      Paradise Cash Advance,    c/o Quantum3 Group, LLC,
                 Agent for MOMA Funding, LLC,    P.O. Box 788,    Kirkland, WA 98083-0788
13996868       +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 15 2020 04:28:33
                 Pinnacle Credit Service,    P.O. Box 640,    Hopkins, MN 55343-0640
```

```
District/off: 0315-2              User: mgut                  Page 2 of 2                  Date Rcvd: Apr 14, 2020
                                  Form ID: 3180W              Total Noticed: 48


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13996871       +E-mail/Text: csidl@sbcglobal.net Apr 15 2020 04:26:21      Premier BankCard/Charter,
                 P.O. Box 2208,   Vacaville, CA 95696-8208
13996872        EDI: Q3G.COM Apr 15 2020 08:03:00      Quantum3 Group, LLC,    MOMA Funding, LLC,   P.O. Box 788,
                 Kirkland, WA 98083-0788
13996873        EDI: SWCR.COM Apr 15 2020 08:03:00      Southwest Credit Systems,
                 4120 International Parkway--Suite 1100,   Carrollton, TX 75007-1958
13996876       +E-mail/Text: BankruptcyNotice@upmc.edu Apr 15 2020 04:26:27      UPMC Physician Services,
                 1650 Metropolitan Street,   Third Floor--Customer Service,   Pittsburgh, PA 15233-2212
13996877       +EDI: VERIZONCOMB.COM Apr 15 2020 08:03:00      Verizon,   Attn: Bankruptcy,
                 500 Technology Drive,   Weldon Spring, MO 63304-2225
13996878        EDI: VERIZONCOMB.COM Apr 15 2020 08:03:00      Verizon Wireless Bankruptcy Admin.,
                 P.O. Box 3397,   Bloomington, IL 61702-3397
13996879       +E-mail/Text: bankruptcy@firstenergycorp.com Apr 15 2020 04:26:04      West Penn Power,
                 1310 Fairmont Avenue,   Fairmont, WV 26554-3526
                                                                                               TOTAL: 27

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              U.S. Bank, N.A. Et Al...
13996859*      ++GREENTREE SERVICING LLC,   BANKRUPTCY DEPARTMENT,   P O BOX 6154,   RAPID CITY SD 57709-6154
                 (address filed with court: Green Tree Servicing, LLC,    MHD Bankruptcy Department,
                 P.O. Box 6154,   Rapid City, SD 57709-6154)
14011318       ##+Colonial Acceptance,   312 Fallowfield Avenue,   P.O. Box 25,   Charleroi, PA 15022-0025
14011322       ##+Open Air Imaging, Inc.,   280 McClellandtown Road--Suite D,   Uniontown, PA 15401-3111
13996867       ##+Penn Rehab Network,   625 Cherry Tree Lane,   Uniontown, PA 15401-8419
                                                                                              TOTALS: 1, * 1, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 14, 2020 at the address(es) listed below:
          Daniel R. White    on behalf of Joint Debtor Kimberly R. Hadenak zmwchapter13@gmail.com,
           gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
          Daniel R. White    on behalf of Plaintiff Kimberly R. Hadenak zmwchapter13@gmail.com,
           gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
          Daniel R. White    on behalf of Plaintiff James J. Hadenak zmwchapter13@gmail.com,
           gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
          Daniel R. White    on behalf of Debtor James J. Hadenak zmwchapter13@gmail.com,
           gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
          James Warmbrodt    on behalf of Creditor   U.S. Bank, N.A. Et Al... bkgroup@kmllawgroup.com
          Joshua I. Goldman    on behalf of Creditor    U.S. Bank, N.A. Et Al... bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 8
```