FILED
4/14/20 10:52 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
   JAMES J. HADENAK
   KIMBERLY R. HADENAK
       Debtor(s)

Ronda J. Winnecour
      Movant
    vs.
No Repondents.

Case No.:15-20497 TPA

Chapter 13

Document No. 94

ORDER OF COURT

  AND NOW, this **14th** day of **April, 2020**, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

vas

U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 15-20497-TPA
James J. Hadenak                                                                Chapter 13
Kimberly R. Hadenak
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: mgut              Page 1 of 2              Date Rcvd: Apr 14, 2020
                              Form ID: pdf900         Total Noticed: 47

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 16, 2020.

```
db/jdb         +James J. Hadenak,    Kimberly R. Hadenak,    P.O. Box 723,    New Salem, PA 15468-0723
cr              DITECH FINANCIAL LLC,    P.O. Box 6154,    Rapid City, SD   57709-6154
cr             +Ditech Financial LLC,    PO BOX 0049,    Palatine, IL 60055-0001
cr              GREEN TREE SERVICING LLC,    PO BOX 0049,    PALATINE, IL 60055-0049
13996842       +Allied Interstate,    P.O. Box 4000,    Warrenton, VA 20188-4000
13996848     ++++BMG MUSIC SERVICE,    MUSIC CUSTOMER SERVICE,    150 ALLEN DISTRIBUTION DR,
                 MECHANICSBURG PA   17055-4702
                (address filed with court:  BMG Music Service,    Music Customer Service,
                 1225 South Market Street,    Mechanicsburg, PA 17055)
13996849       +Bureau of Collection Recovery,    7575 Corporate Way,    Eden Prairie, MN 55344-2022
14011319        Commonwealth of PA - PA UC Fund,    Dept. of Labor & Industry,    Office of UC Tax Services,
                 P.O. Box 67503,    Harrisburg, PA  17106-7503
13996854       +Erin P. Dyer, Esq.,    Dyer Law Firm, PC,    5743 Centre Avenue,    Pittsburgh, PA 15206-3707
13996855       +Fayette County Juvenile Probation Office,    34 West Peter Street,    Uniontown, PA 15401-3326
13996857       +Fayette County Tax Claim Bureau,    c/o John M. Zeglen, Esq.,    99 East Main Street,
                 Uniontown, PA 15401-3519
13996856       +Fayette County Tax Claim Bureau,    Fayette County Courthouse,    61 East Main Street,
                 Uniontown, PA 15401-3514
13996858       +Freedom Consumer Discount Company,    448 West Main Street,    Mount Pleasant, PA 15666-1542
14011765      ++GREENTREE SERVICING LLC,    BANKRUPTCY DEPARTMENT,    P O BOX 6154,    RAPID CITY SD 57709-6154
                (address filed with court:  GREEN TREE SERVICING LLC,    P.O. BOX 6154,
                 RAPID CITY SD, 57709-6154,    888-298-7785)
14011320       +Guardian Protection Services,    650 Ridge Road,    Pittsburgh, PA 15205-9504
13996861        HSBC Card Services,    P.O. Box 80084,    Salinas, CA 93912-0084
13996863        LHR, Inc.,    56 Main Street,    Hamburg, NY 14075-4905
14011321       +Lori Nolan Lindey, Esq.,    11 Stanwix Street--Suite 1024,    Pittsburgh, PA 15222-1312
13996865       +PA Unemployment Compensation Fund,    Department of Labor and Industry,
                 Office of UC Tax Services,    625 Cherry Street--Room 203,    Reading, PA 19602-1152
13996869        PNC Bank,    P.O. Box 609,    Pittsburgh, PA 15230-0609
13996874       +Tarpley Foot & Ankle Center,    20 Highland Park Drive,    Uniontown, PA 15401-8922
13996875        Uniontown Hospital,    500 West Berkeley Street,    Uniontown, PA 15401-5596

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13996841       +E-mail/Text: EBNProcessing@afni.com Apr 15 2020 04:26:08     AFNI,    P.O. Box 3667,
                 Bloomington, IL 61702-3667
13996846        E-mail/Text: g20956@att.com Apr 15 2020 04:26:25     AT&T Mobility,    5020 Ash Grove Road,
                 Springfield, IL 62711-6329
13996847       +E-mail/Text: g20956@att.com Apr 15 2020 04:26:25     AT&T Mobility II, LLC,
                 c/o AT&T Services, Inc.,    One AT&T Way--Room  3A104,    Bedminster, NJ 07921-2694
13996844       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 15 2020 04:28:02     American InfoSource,
                 Verizon,    P.O. Box 248838,    Oklahoma City, OK 73124-8838
13996843       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 15 2020 04:28:38     American InfoSource,
                 P.O. Box 248838,    Oklahoma City, OK 73124-8838
14041110        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 15 2020 04:27:56
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
13996845        E-mail/Text: bnc-applied@quantum3group.com Apr 15 2020 04:26:18     Applied Bank,
                 P.O. Box 17125,    Wilmington, DE 19850-7125
13996850       +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 15 2020 04:27:55     CACH, LLC,
                 4340 South Monaco Street--2nd Floor,    Denver, CO 80237-3485
13996851       +E-mail/Text: bankruptcy@cavps.com Apr 15 2020 04:26:16     Cavalry Portfolio Services,
                 500 Summit Lake Drive--Suite 400,    Valhalla, NY 10595-2322
14025540       +E-mail/Text: bankruptcy@cavps.com Apr 15 2020 04:26:16     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13996852        E-mail/Text: G06041@att.com Apr 15 2020 04:26:19     Direct TV,    P.O. Box 78626,
                 Phoenix, AZ 85062-8626
13996853        E-mail/Text: Bankruptcy.Consumer@dish.com Apr 15 2020 04:25:54     Dish Network,
                 P.O. Box 94063,    Palatine, IL 60094-4063
13996860        E-mail/Text: dleabankruptcy@hrblock.com Apr 15 2020 04:25:18     H & R Block Bank,
                 P.O. Box 10170,    Kansas City, MO 64171-0170
13996862        E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 15 2020 04:26:12     Jefferson Capital Systems,
                 P.O. Box 7999,    Saint Cloud, MN 56302-9617
13996864       +E-mail/Text: bankruptcydepartment@tsico.com Apr 15 2020 04:26:29
                 NCO Financial Systems, Inc.,    P.O. Box 15270,    Wilmington, DE 19850-5270
13996870        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 15 2020 04:28:28
                 Portfolio Recovery,    120 Corporate Boulevard--Suite 1,    Norfolk, VA 23502
13996866        E-mail/Text: bnc-quantum@quantum3group.com Apr 15 2020 04:25:37     Paradise Cash Advance,
                 c/o Quantum3 Group, LLC,    Agent for MOMA Funding, LLC,    P.O. Box 788,
                 Kirkland, WA 98083-0788
13996868       +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 15 2020 04:27:58
                 Pinnacle Credit Service,    P.O. Box 640,    Hopkins, MN 55343-0640
13996871       +E-mail/Text: csidl@sbcglobal.net Apr 15 2020 04:26:21     Premier BankCard/Charter,
                 P.O. Box 2208,    Vacaville, CA 95696-8208
```

```
District/off: 0315-2             User: mgut               Page 2 of 2             Date Rcvd: Apr 14, 2020
                                 Form ID: pdf900          Total Noticed: 47

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13996872       E-mail/Text: bnc-quantum@quantum3group.com Apr 15 2020 04:25:38      Quantum3 Group, LLC,
                 MOMA Funding, LLC,    P.O. Box 788,    Kirkland, WA 98083-0788
13996873       E-mail/Text: bankruptcy@sw-credit.com Apr 15 2020 04:25:57      Southwest Credit Systems,
                 4120 International Parkway--Suite 1100,    Carrollton, TX 75007-1958
13996876      +E-mail/Text: BankruptcyNotice@upmc.edu Apr 15 2020 04:26:27      UPMC Physician Services,
                 1650 Metropolitan Street,    Third Floor--Customer Service,    Pittsburgh, PA 15233-2212
13996877      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 15 2020 04:25:13
                 Verizon,    Attn:  Bankruptcy,    500 Technology Drive,    Weldon Spring, MO 63304-2225
13996878       E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 15 2020 04:25:13
                 Verizon Wireless Bankruptcy Admin.,    P.O. Box 3397,    Bloomington, IL 61702-3397
13996879      +E-mail/Text: bankruptcy@firstenergycorp.com Apr 15 2020 04:26:04      West Penn Power,
                 1310 Fairmont Avenue,    Fairmont, WV 26554-3526
                                                                                               TOTAL: 25

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              U.S. Bank, N.A. Et Al...
13996859*     ++GREENTREE SERVICING LLC,    BANKRUPTCY DEPARTMENT,    P O BOX 6154,    RAPID CITY SD 57709-6154
                (address filed with court:  Green Tree Servicing, LLC,    MHD Bankruptcy Department,
                 P.O. Box 6154,    Rapid City, SD 57709-6154)
14011318     ##+Colonial Acceptance,    312 Fallowfield Avenue,    P.O. Box 25,    Charleroi, PA 15022-0025
14011322     ##+Open Air Imaging, Inc.,     280 McClellandtown Road--Suite D,    Uniontown, PA 15401-3111
13996867     ##+Penn Rehab Network,    625 Cherry Tree Lane,    Uniontown, PA 15401-8419
                                                                                    TOTALS: 1, * 1, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 14, 2020 at the address(es) listed below:
              Daniel R. White    on behalf of Joint Debtor Kimberly R. Hadenak zmwchapter13@gmail.com,
               gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
              Daniel R. White    on behalf of Plaintiff Kimberly R. Hadenak zmwchapter13@gmail.com,
               gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
              Daniel R. White    on behalf of Plaintiff James J. Hadenak zmwchapter13@gmail.com,
               gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
              Daniel R. White    on behalf of Debtor James J. Hadenak zmwchapter13@gmail.com,
               gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
              James Warmbrodt     on behalf of Creditor   U.S. Bank, N.A. Et Al... bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor   U.S. Bank, N.A. Et Al... bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 8
```